NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000125
16-FEB-2012
10:19 AM

NO. CAAP-10-0000125

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOSEPH M. MAXILOM, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 10-1-0030; CR. NO. 06-1-1484)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on January 19, 2012, is corrected as follows:

The case caption on the first page:

STATE OF HAWAI'I, Plaintiff-Appellant, v.
JOSEPH M. MAXILOM, Defendant-Appellee

is corrected by changing the party designations so that it reads:

JOSEPH M. MAXILOM, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 16, 2012.

Associate Judge

---

[1] Fujise, Presiding Judge, Reifurth and Ginoza, JJ.